FILED'08 JUL 23 16:00 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DUSTY B. JOHNSON | ) | Civil No. 07-1642-CL |
| | ) | |
|     Petitioner. | ) | **ORDER** |
| | ) | |
|   v. | ) | |
| | ) | |
| GUY HALL | ) | |
| | ) | |
|     Respondent. | ) | |

**PANNER, Judge.**

    Petitioner has filed a petition for habeas corpus under 28 U.S.C. § 2254. On June 25, 2008, Magistrate Judge Clarke filed his Report and Recommendation (Docket # 14), recommending that the petition be denied and the proceeding dismissed.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal

1 - ORDER

principles de novo. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (Docket # 14) is adopted. The petition for habeas corpus is denied and the proceeding is dismissed.

IT IS SO ORDERED.

DATED this 23 day of July, 2008.

_____
Owen M. Panner
United States District Judge

2 - ORDER